UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV20-3992 WDK (JCx) | Date | August 6, 2020 |
|---|---|---|---|
| Title | G & G Closed Circuit Events, LLC v. Martha Dileai Flores, et al | | |

| Present | The Honorable William D. Keller, United States District Judge | |
|---|---|---|
| | Stephen Montes Kerr | None |
| | Courtroom Deputy | Court Reporter |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | None | None |

**Proceedings:**   **(In Chambers) ORDER TO SHOW CAUSE**

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than August 24, 2020 why this action should not be dismissed for lack of prosecution as to defendants **Martha Dileai Flores, individually and doing business as Costa Del Sol Restaurant and Miguel Angel Blanco, individually and doing business as Costa Del Sol Restaurant**. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following as an appropriate response to this OSC on or before the above date:

1) **Answer to Complaint; or**
2) **Plaintiff's Application for Default (Fed. R. Civ. P. 55(a)), and Proof of Service of summons and complaint.**

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. See Local Rule 8-3. *No oral argument on this matter will be heard unless ordered by the Court.* The Order will stand submitted upon the filing of a responsive document on or before the date upon which a response is due.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV20-3992 WDK (JCx) | Date | August 6, 2020 |
|---|---|---|---|
| Title | G & G Closed Circuit Events, LLC v. Martha Dileai Flores, et al | | |

**Plaintiff's counsel is ordered to serve this minute order on all defendants within 48 hours from the date of this order.**

IT IS SO ORDERED.

Initials of Preparer        SMO